IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMANDA WHITE, as Executor de son
Tort for the Pending Estate of Landon
White, Deceased,

        Plaintiff,

v.

AMERICAN SIGNATURE, INC.,

        Defendant.

_____/

CASE NO.: 6:14-CV-1638-ORL-40GJK

## NOTICE OF REMOVAL

Defendant, AMERICAN SIGNATURE INC., by and through its undersigned counsel, and pursuant to 28 U.S.C. §1441 (a) hereby removes this action to the United States District Court for the Middle District of Florida, Orlando Division, and as grounds for removal, states as follows;

1. Plaintiff AMANDA WHITE, as Executor de son Tort for the Pending Estate of Landon White, Deceased, instituted a civil action against Defendant in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-8826-O. Defendant was served with the initial pleading September 9, 2014, which was the first date Defendant received a copy of the initial pleading. This Notice of Removal is being filed within 30 days of receipt of the initial pleading, thus this Notice of Removal is timely and properly pursuant to 28 U.S.C. §1446 (b).

2.     Plaintiff asserts in the Complaint that at all times material, Plaintiff was a resident of the State of Florida. Plaintiff also asserts in said Complaint that at all times material hereto, Defendant American Signature Inc. was a foreign corporation. Defendant has admitted it was at all times material hereto a foreign corporation in their Answer and Affirmative Defenses filed in response to Plaintiff's Complaint. Thus, there is diversity of citizenship under 23 U.S.C. §1332.

3.     By this action Plaintiff seeks recovery of all wrongful death damages recoverable under the Florida Wrongful Death Act pursuant to section 768.16-26, Florida Statutes, arising out of the death of minor child Landon White, including medical, hospital, doctor and/or nursing expenses, burial and funeral expenses, and the mental of pain and suffering of the surviving mother and father. In addition, Plaintiff alleges entitlement to recovery of punitive damages by this action. Thus, Defendant has reasonable basis upon which to believe Plaintiff is seeking recovery of damages in excess of $75,000.00, and thus the amount in controversy in this cause is in excess of $75,000.00, meeting the jurisdictional requirements of 28 U.S.C. §1332.

4.     However, in the event this Court determines that additional information is necessary to confirm the amount in controversy, the proper remedy is to allow initial discovery in Federal Court to provide the information. <u>Steele v. Underwriters Adjusting Co.</u> 649 F Supp. 1414 (M. D., Ala 1986) and Rule 26 of the Federal Rules of Civil Procedure. To that end, on September 24, 2014 Defendant served Request for Admissions to Plaintiff, requesting Plaintiff admit seeking an award of damages in excess of $75,000.00, and that the amount in controversy in this cause is in excess of $75,000.00. Plaintiff's responses to Request for Admissions are due to be served no later than October 24, 2014.

5. Since this Court has original jurisdiction over this cause of action, removal of this action to this Court is proper pursuant to 28 U.S.C. §1441 (a).

6. Venue is proper in the United States District Court, Middle District of Florida, Orlando Division pursuant to 28 U.S.C. §1391, and Local Rule 4.02 for the Middle District of Florida.

7. Copies of all process and pleadings on file in the State Court action are attached hereto as Composite Exhibit "1" pursuant to a Local Rule 1.03 for the Middle District of Florida. (Summons, Complaint, Defendant's Answer and Affirmative Defenses, Defendant's Motion to Strike, and Defendant's Request for Admissions to Plaintiff).

8. The Notice of Removal has been served on Plaintiff by service on their attorney of record, and a copy of the Notice of Removal has been filed with the Clerk of the Ninth Judicial Circuit in and for Orange County, Florida.) See Notice of Filing attached as Exhibit 2.

**WHEREFORE,** Defendant American Signature Inc. petitions this Court for entry of an Order removing this entire action to the United States District Court, Middle District of Florida, Orlando Division as an action properly removed pursuant to 28 U.S.C. §1441 and 1446, enjoining further prosecution of this case by Plaintiff in State Court, and directing the State Court action proceed no further unless and until further Order of Remand forthcoming from this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Email on this 7th day of October, 2014, to: Mark Nation, Esq., The Nation Law Firm 570 Crown Oak Centre Drive, Longwood, FL 32750, mnation@nationalaw.com; lryan@nationlaw.com; ppritchard@nationlaw.com.

BRIAN D. DEGAILLER, ESQUIRE
Florida Bar No.: 283703
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
255 South Orange Ave., Suite 900
Orlando, Florida 32801
bdegailler.pleadings@qpwblaw.com
Telephone: (407) 872-6011
Facsimile: (407) 872-6012
*Attorney for Defendant American Signature, Inc.*